**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:     In re Kimberlyn Thompson

Appellate case number:  01-14-00235-CV

Trial court case number: 2010-48605

Trial court:                      310th Judicial District Court of Harris County

On March 20, 2014, relator, Kimberlyn Thompson, filed a petition for writ of mandamus and an emergency motion to stay trial court proceedings. Relator's emergency motion is **granted**. The trial court proceedings in cause no. 2012-48605 in the 310th District Court of Harris County, including the hearing scheduled for March 24, 2014, are stayed. *See* TEX. R. APP. P. 52.10(b). The stay is effective until disposition of relators' petition for writ of mandamus or further order of this Court.

The Court further requests a response to the petition for writ of mandamus from the real party in interest, Francis M. Reilly. The response, if any, is due no later than **Friday, April 4, 2014.**

It is so ORDERED.

Judge's signature: /s/ Jim Sharp
                          ☒ Acting individually     ☐ Acting for the Court

Date: March 21, 2014